UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:10-00004 |
| | ) | JUDGE CAMPBELL |
| KATHY MEDLOCK | ) | |

ORDER

Pending before the Court is the Government's Motion For An Order Of Forfeiture Consisting Of $497,248.92 United States Currency Money Judgments And Order Of Forfeiture As To Counts One Through Thirty-Nine (Docket No. 333). The Motion is GRANTED in part, and DENIED in part. For the reasons stated on the record at the sentencing hearing on January 16, 2014, the amount of forfeiture is $457,730.12. The Government shall file a proposed order reflecting that amount.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE