UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:10-00004 |
| | ) | JUDGE CAMPBELL |
| KATHY MEDLOCK | ) | |

ORDER

Pending before the Court is the Defendant's 3rd Motion For Extension To Self-Report (Docket No. 394). Through the Motion, the Defendant seeks a two- to six-week extension to self-report to the Bureau of Prisons to allow her to provide care for her husband, Co-defendant Woody Medlock, Sr., and to taper off her current medications. The Government has filed a Response (Docket No. 395) objecting to the request.

The Motion is DENIED. The Motion is untimely. Co-Defendant Woody Medlock has other adequate alternatives for obtaining assistance with his health care. The Bureau of Prisons can adequately address the Defendant's medical issues.

It is so ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE